ORIGINAL

2011 JUL 29 P 3:55

Randy Fortunato
2166 Sunset Vista Avenue
Henderson, Nevada 89052
Phone 702-492-6699

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Randy Fortunato,** | ) Case No.: _11 CV N231-Pmf-LRL_ |
| Plaintiff, | ) |
| vs. | ) |
| **CAVALRY PORTFOLIO** | ) **2:11-cv-01231-PMP -LRL** |
| **SERVICES,LLC, Robertino Gooding,** and | ) |
| **DOES 1-100** | ) |
| Defendant | ) |

## COMPLAINT

Plaintiff, **Randy Fortunato**, hereby sues Defendant(s), **CAVALRY PORTFOLIO SERVICES, LLC**:  and claims:

## PRELIMINARY STATEMENT

This is an action for actual damages brought for damages for violations of the **FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. §1692 *et seq*. and  the FAIR CREDIT REPORTING ACT ( FCRA ) 15 U.S.C. § 1681 et seq.**

## JURISDICTION AND VENUE

1) The jurisdiction of this Court is found in 15 U.S.C. 1692 G § 809 (B) and pursuant to:

   a) **15 U.S.C. § 1692k (d),** wherein an action to enforce any liability created by this subchapter may be brought in any appropriate United States District court without regard to the amount in controversy, or in any other court of competent jurisdiction, within one year from the date on which the violation occurs.  and

   b) **28 U.S.C. § 1367** for pendent state law claims wherein this Honorable forum has supplemental jurisdiction for the authority of United States federal courts to hear additional claims substantially related to the original claim even though the court would lack the subject-matter jurisdiction to hear the additional claims independently.

   c) Venue is proper in this Circuit pursuant to **28 U.S.C. §1391(b).**

   d) This is an action for damages which exceed $5,000.00.

   e) All conditions precedent to the bringing of this action have been performed, waived or excused.

## PARTIES

1) Plaintiff, Randy Fortunato , is a resident of the State of Nevada.

2) Defendant, CAVALRY PORTFOLIO SERVICES, LLC, was collecting an un-validated/un-verified debt for BANK OF AMERICA/FIA CARD SERVICES, N.A.

3) Defendant, CAVALRY PORTFOLIO SERVICES, LLC is a Debt Collector located in New York.

## DOE DEFENDANTS

**1)** Plaintiff, Randy Fortunato , is ignorant of the true names and capacities of all potential Defendants and therefore sues these Defendants as Doe.  Plaintiff will amend this complaint to allege the true names and capacities of said Doe's, when such information is ascertained.

**2)** Certain of the Doe Defendants, whose identities are currently unknown to Plaintiff, acted as the joint venturers, general partners, co-conspirators, principals, agents, employees, officers, attorneys, accountants, or advisors to the named Defendants herein, and at such time were on notice of facts sufficient to suggest the existence of the improprieties alleged herein to a reasonable and prudent person of the same profession, yet said Defendants assisted the named Defendants either intentionally or negligently, or acted in a legally culpable manner or capacity so as to be jointly and severally liable herein, all as will be alleged with more specificity after discovery in this case.

    **a)** Unknown Doe Defendant, CAVALRY PORTFOLIO SERVICES LLC, is not registered as a debt collector on the records of the Nevada Business and Industry.

    **b)** Unknown Doe Defendant, CAVALRY PORTFOLIO SERVICES LLC, is an entity foreign to the State of Nevada.

## DEFENDANT'S INDIVISIBLE LIABILITY FOR INDIVISIBLE HARM

1. Plaintiff, in the instant cause, has suffered harm as the result of the actions of unknown Does.

2. The Defendants and Does have acted in concert and collusion, one with the other, toward a harmful outcome to Plaintiff as alleged *infra*.

3. The alleged harm to Plaintiff is indivisible in its nature and cannot reasonably be apportioned to multiple actors.

4. In the interest of judicial economy, Plaintiff only included the Defendants who are currently violating the FDCPA toward the furtherance of the ultimate harm intended by the acts *infra*.

## FACTUAL ALLEGATIONS

1) On April 23, 2011Plaintiff pulled a copy of Transunion, Equifax and Experian credit reports.

2) On or about November, 2010 Defendant initiated a soft pull of Plaintiffs Transunion credit report without permissible purpose to do so.

3) On or about March 12, 2010 Defendant initiated a hard pull of Plaintiffs Transunion credit report without permissible purpose to do so.

4) Plaintiffs Transunion credit report reflects, March 2011 and July 2011 as being the dates Defendant updated the negative information.

See Plaintiff's **EXHIBIT "A"**

5) On or about March 11, 2010 Defendant initiated a hard pull of Plaintiffs Experian credit report without permissible purpose to do so.

6) On or about March 2010 Defendant began reporting negative information on Plaintiffs Experian credit report.

7) Plaintiffs Experian credit report reflects March of 2011 as being the date Defendants last reported the negative information.

See Plaintiff's **EXHIBIT "B"**

8) On or about April 26, 2011, Plaintiff mailed and Defendant received a letter seeking proper validation of Defendants claim, making Plaintiff aware of its obligations under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (FDCPA), and instructing it to immediately remove the account from Defendant's credit report.

See Plaintiff's **EXHIBIT "C"**

9) On or about June 27, 2011 Plaintiff received from Defendant a letter reflecting a principal due: $5, 103.31, All Other Charges: $647.24, Balance Due: $5,750.55. stating; " This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose."

See Plaintiff's **EXHIBIT "D"**

10) On June 13, 2011 Plaintiff mailed and Defendant received a second and final notice of dispute to validate the alleged debt. Making Defendant aware of Plaintiffs intent to file suit and giving Defendant 10 days to respond, as a means to settle this ongoing alleged debt obligation.

See Plaintiff's **EXHIBIT "E"**

11) The Plaintiff denies ever having any contractual agreement for credit, loans or services relationship with the Defendant. Even if the Plaintiff did have such an agreement, which the Plaintiff denies, the alleged debt is not in question here. But the fact as to how it was or was not validated and wrongful actions of the Defendants in an attempt to collect the alleged debt, violated the civil rights of the Plaintiff and the law as outlined in the Fair Debt Collection Practices Act, 15 USC §1601,et seq.

1) Defendants, CAVALRY PORTFOLIO SERVICES, LLC violated the **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692** and **The Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681** *et seq.*

2) by willful non-compliance with actions and activities including, but not limited to, the following:

**COUNT I**

1) Defendants violated **15 U.S.C. §1692e,** by false, deceptive and misleading representation or means in connection with the debt collection.

a) Defendant, CAVALRY PORTFOLIO SERVICES LLC/and Robertino Gooding while attempting to collect an alleged and unverified debt made false and misleading

representations in communications when it misrepresented the party he was collecting for.

b) Defendant failed to validate the debt or demonstrate he was not making false and misleading representations in communications when misrepresenting the alleged creditor.

## COUNT II

1) Defendants violated, **15 U.S.C. §1692e (2)** by falsely representing the character, amount, or legal status of any debt.

a) Defendants, CAVALRY PORTFOLIO SERVICES, LLC, and Robertino Gooding misrepresented the character amount of an alleged debt when they represented the debt as an obligation to CAVALRY PORTFOLIO SERVICES, LLC.  Plaintiff learned and can prove at trial such consumer accounts are sold and securitized. BANK OF AMERICA/FIA CARD SERVICES, N.A. the alleged creditor/ Original Institution has no standing or interest.

b) Defendants failed to validate their claim.

c) Defendant failed to validate the debt or demonstrate the debt was not misrepresented in nature.

d) Preceding count is fully re-alleged and set herein.

## COUNT III

1) Defendants violated, **15 U.S.C. §1692e (2)** by falsely representing the legal status of a debt.

**a)** Defendants, CAVALRY PORTFOLIO SERVICES, LLC, and Robertino Gooding misrepresented the legal status of an alleged debt by attempting to presume the alleged debt was owed to them in the amount of $5,750.55.

**b)** Defendants failed to validate the debt.

**c)** Defendants failed to validate the legal status of the debt or demonstrate they were note holders with an interest.

**d)** Preceding counts are fully re-alleged and set herein

## COUNT IV

**1)** Defendants violated, **15 U.S.C. §1692f (1)** by falsely representing the amount of a debt.

**a)** Defendants, CAVALRY PORTFOLIO SERVICES, LLC, and misrepresented the amount of the debt by alleging certain sums were due by charging hypothetical interest rates on an alleged and un-validated debt as reflected in Exhibit D.

**b)** Defendants failed to validate the debt.

**c)** Defendants failed to validate the amount of the debt or demonstrate interest charged was a term in the alleged nonexistent agreement.

**d)** Preceding counts are fully re-alleged and set herein.

## COUNT V

**1)** Defendants, CAVALRY PORTFOLIO SERVICES, LLC violated **15 U.S.C. §1692g(b)** by continuing collection activity after receiving notice of dispute, and failed to provide written validation of debt before resuming collection activities.

a) Defendants, CAVALRY PORTFOLIO SERVICES, LLC, willfully violated **15 U.S.C.** **§1692 g (b)** when Plaintiff sent the first (1st) request for validation on April 26, 2011, and the second (2nd), and final request for validation in accordance with **15 U.S.C. 1692 G § 809 (b),** of the Fair Debt Collection Practices Act,

b) The Plaintiff mailed the dispute notices/validation via certified mail to CAVALRY PORTFOLIO SERVICES, LLC.

c) The first request for validation specifically stated:

*"I must demand proof of this debt, specifically the alleged contract or other instrument bearing my genuine signature, as well as proof of your authority in this matter. Absent such proof, you must correct any erroneous information associated with this account.*

*1. Please evidence if this debt is a taxable gain and reportable to the IRS?*

*2. What is your authorization of law for the collection of my personal information?*
*3. What is your authorization of law for the collection of this alleged debt?*

*4. Please evidence your authorization to do business in this state?*

*5. Please evidence proof of the alleged debt, including specifically the alleged contract or other instrument bearing my genuine signature and the CUSIP numbers?*

*6. Please provide a complete account history, including any charges added for collection activity.*

*Please be advised that I am requesting validation and competent evidence that I had a contractual obligation sans consumer protection encumbrance whereby I incurred the original claims associated with this purported debt."*

d) The second request for validation specifically stated:

*"I must demand proof of this debt, specifically the alleged contract or other instrument bearing my genuine signature, as well as proof of your authority in this matter. Absent such proof, you must correct any erroneous information associated with this account.*

*1. Please evidence if this debt is a taxable gain and reportable to the IRS?*

*2. What is your authorization of law for the collection of my personal information?*
*3. What is your authorization of law for the collection of this alleged debt?*

*4. Please evidence your authorization to do business in this state?*

*5. Please evidence proof of the alleged debt, including specifically the alleged contract or other instrument bearing my genuine signature and the CUSIP numbers?*

*6. Please provide a complete account history, including any charges added for collection activity.*

*7. I do expect a response within **10 days** from receipt of this notice. If I do not hear from you, I do intend to follow through and file suit against you.*

**e)**   Defendants failed to validate the debt.

**f)**   Defendants have continued collection activities as reflected in Plaintiffs Experian credit report as of July 06, 2011, and Plaintiffs Transunion credit report as of July 12, 2011.

**f)**   Preceding counts are fully re-alleged and set herein.

## COUNT VI

1) Defendants, CAVALRY PORTFOLIO SERVICES, LLC, and Robertino Gooding violated **15 U.S.C. §1692 e (10)** by using false representation and deceptive means to collect a debt.

a) Defendant(s), CAVALRY PORTFOLIO SERVICES, LLC, and Robertino Gooding made false representations with the aid of electronic copies of alleged statements, which contained inaccurate information contradicting CAVALRY PORTFOLIO SERVICES, LLC's claim.

b) Defendants relied on electronic copies of statements to create the illusion of an accurate accounting of a valid in force debt.

c) Defendants failed to validate the debt and relied on the fabrication of evidence in support of an alleged un-validated debt.

d) Preceding counts are fully re-alleged and set herein.

## COUNT VII

a) Defendants, CAVALRY PORTFOLIO SERVICES, LLC, and Robertino Gooding violated **15 U.S.C. §1692 f (1)** by attempting to collect an amount not authorized or permitted by law.

a) Plaintiff sought validation of the alleged agreement from the Defendants.

b) The alleged debt was more than five-hundred dollars ($500.00.

c) Plaintiff disputed the validity of his genuine signature on the alleged agreement demanding strict proof.

d) Defendants failed to validate the legal status of the debt or demonstrate they were note holders with an interest, or that a contract or agreement existed and it was permitted by law.

e) Preceding counts are fully re-alleged and set herein.

## COUNT VIII

1) Defendants violated **§ 809** by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

   a) Defendants, CAVALRY PORTFOLIO SERVICES, LLC, in an attempt to collect an illegitimate debt obfuscated the Parties to create confusion and avoid culpability for the collection of an illegitimate debt.

   b) Defendants failed to validate the debt.

   c) Defendants failed to validate the legitimacy of the debt.

   d) Preceding counts are fully re-alleged and set herein.

## COUNT IX

1) Defendant violated **15 U.S.C. §1682 e (8)** by communicating false credit information to Experian and Transunion about Plaintiff.

   a) On or about 3/2010 without first communicating with Plaintiff, Defendant caused a collection account, number, to be placed on Plaintiff's Trans Union and Experian credit reports, thereby reducing his credit score.

   b) Defendant updated Plaintiffs Transunion report in July 2011, stating it is an open account, as reflected in the Exhibit.

   c) Defendant failed to validate the debt.

   d) Defendants failed to validate the legitimacy of the debt.

   e) Preceding counts are fully re-alleged and set herein.

## COUNT X

**2)** Defendant violated **15 U.S.C. §1682 e (8)** by communicating false credit information to Experian and Transunion without permissible purpose.

**3)** On or about 3/2010 without first communicating with Plaintiff, Defendant caused a collection account, number, to be placed on Plaintiff's Trans Union and Experian credit reports, thereby reducing his credit score.

**4)** Defendant updated Plaintiffs Experian report in May 2011, stating it is an open account, as reflected in the Exhibit B.

### See EXHIBIT A, Plaintiff's dispute notice.

**a)** Defendant failed to validate the debt.

**b)** Defendants failed to validate the legitimacy of the debt.

**c)** Even if Plaintiff did have such an agreement, which Plaintiff denies, the alleged debt is not in question here. But the fact as to how it was or was not validated and wrongful actions of the Defendants in an attempt to collect the alleged debt, violated the civil rights of the plaintiff and the law as outlined in the Fair Debt Collections Act, 15 USC §1601,et seq.

**d)** Preceding counts are fully re-alleged and set herein.

### COUNT XI

**1)** Violation of The Fair Credit Reporting Act (FCRA), **15 U.S.C. §1681** willful non-compliance by Defendants, **CAVALRY PORTFOLIO SERVICES, LLC**

**2)** Preceding counts are fully re-alleged and set herein.

**3)** Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

**4)** Defendants Capital One Bank and Capital One Services are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

**5)** Defendants Capital One Bank and Capital One Services willfully violated the FCRA. Defendants' violations include, but are not limited to, the following:

(a) Defendants Capital One Bank and Capital One Services willfully violated 15 U.S.C. §1681s-2(a)(3) by, if the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a

consumer, failing to furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.

(b) Defendants CAVALRY PORTFOLIO SERVICES LLC willfully violated 15 U.S.C. §1681s-2(b)(1)(A) by, after receiving notice pursuant to §1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, negligently failing to conduct an investigation with respect to the disputed information.

(c) Defendants CAVALRY PORTFOLIO SERVICES, LLC willfully violated 15 U.S.C. §1681s-2(b)(B) by, after receiving notice pursuant to §1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to review all relevant information provided by the consumer reporting agencies.

(d) Defendants CAVALRY PORTFOLIO SERVICES, LLC willfully violated 15 U.S.C. §1681s-2(b)(C) by, after receiving notice pursuant to § 1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to direct such consumer reporting agencies to delete inaccurate information about the plaintiff pertaining to the account.

## COUNT XII

**6)** Violation of the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 Negligent non-compliance by Defendants **CAVALRY PORTFOLIO SERVICES LLC**

**7)** Preceding counts are fully re-alleged and set herein.

**8)** Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

**9)** Defendants Capital One Bank and Capital One Services are furnishers of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

**10)** Defendants CAVALRY PORTFOLIO SERVICES LLC negligently violated the FCRA. Defendants' violations include, but are not limited to, the following:

(a) Defendants CAVALRY PORTFOLIO SERVICES LLC negligently violated 15 U.S.C. §1681s-2(a)(3) by, if the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a consumer, failing to furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.

(b) Defendants CAVALRY PORTFOLIO SERVICES LLC negligently violated 15 U.S.C. §1681s-2(b)(1)(A) by, after receiving notice pursuant to §1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, negligently failing to conduct an investigation with respect to the disputed information.

(c) Defendants CAVALRY PORTFOLIO SERVICES LLC negligently violated 15

U.S.C. §1681s-2(b)(B) by, after receiving notice pursuant to §1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to review all relevant information provided by the consumer reporting agencies.

(d) Defendants CAVALRY PORTFOLIO SERVICES LLC negligently violated 15 U.S.C. §1681s-2(b)(C) by, after receiving notice pursuant to §1681i of a dispute with regard to the completeness or accuracy of any information provided by a person to a consumer reporting agency, failing to direct such consumer reporting agencies to delete inaccurate information about the plaintiff pertaining to the account.

**11)** Defendants continue violating federal and state laws at Plaintiff's expense.

**12)** Plaintiff contends that the illegal actions of Defendants CAVALRY PORTFOLIO SERVICES, LLC have harmed the Plaintiff, resulting in credit denials, credit delays, inability to apply for credit, financial loss, loss of use of funds, mental anguish, humiliation, a loss of reputation, and expenditures for attorney's fees and costs.

WHEREFORE, Plaintiff demands judgment for damages against Defendants CAVALRY PORTFOLIO SERVICES, LLC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o and 15 U.S.C. §1681o.

## COUNT XIII

**14) Defendants** violated **§ 604. Permissible purposes of consumer reports [15 U.S.C. § 1681b]**

(a) In accordance with the written instructions of the consumer to whom it relates,No permissible purpose to pull the report. On or about March of 2010 the Defendant preformed a inquiry into the Plaintiffs Transunion and Experian report. The Defendant has not provided acceptable proof of any alleged debt subsequently violating the following in the FCRA, There was no authorization by the Plaintiff to pull the report.

**(b)** Plaintiff contends that the illegal actions of Defendants CAVALRY PORTFOLIO SERVICES, LLC have harmed the Plaintiff, resulting in credit denials, credit delays, inability to apply for credit, financial loss, loss of use of funds, mental anguish, humiliation, a loss of reputation, and expenditures for attorney's fees and costs.

**(c)** The Plaintiff denies ever having any contractual agreement for credit, loans or services relationship with the Defendant. Even if the Plaintiff did have such an agreement, which the Plaintiff denies, the alleged account is not in question here. But the fact as to how it was or was not verified and wrongful actions of the Defendant in inserting erroneous and inaccurate information and failure

to remove the account from the Plaintiffs credit reports, violated the civil rights of the Plaintiff and the law as outlined in The Fair Credit Reporting Act 15 USC §1681, *et seq.*

WHEREFORE, Plaintiff demands judgment for damages against Defendants CAVALRY PORTFOLIO SERVICES, LLC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681o and 15 U.S.C. §1681o.

## RELIEF SOUGHT

WHEREFORE, Plaintiff demands judgment for damages against Defendants CAVALRY PORTFOLIO SERVICES LLC for actual damages, and attorney's fees and costs, pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681o.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this _____day of July,  2011

By, _____
        Randy Fortunato, ( Affiant)

Randy Fortunato
2166 Sunset Vista Avenue
Henderson, Nevada 89052
702-492-6699

# EXHIBIT  A

*** 237085005-010 ***
PO Box 2000
Chester, PA 19022



07/04/2011        TransUnion.

P1KZ5Y00200443-I001941-057572791

RANDY WILLIAM FORTUNATO
2166 SUNSET VISTA AV
HENDERSON, NV 89052

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit
http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| PERSONAL INFORMATION | | NEW INFORMATION BELOW |
| CAVALRY PORTFOLIO SVCS | # 1389**** | NEW INFORMATION BELOW |
| EQUABLE ASCENT FNCL LLC | # 44508** | NEW INFORMATION BELOW |
| HOLLIS COBB ASSOCIATES I | # 53600** | NO LONGER ON FILE |

| | |
|---|---|
| **File Number:** | 237085005 |
| **Page:** | 1 of 1 |
| **Date Issued:** | 07/04/2011 |

**TransUnion.**

## Personal Information 

**Name:** RANDY WILLIAM FORTUNATO

| | |
|---|---|
| **SSN:** | XXX-XX-7278 |
| **Date of Birth:** | 09/1968 |
| **Telephone:** | 569-5700 |

Your SSN is partially abbreviated for your protection.

You have been on our files since 05/1988

### CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 2166 SUNSET VISTA AV<br>HENDERSON, NV 89052 |
| **Date Reported:** | 01/2005 |

### PREVIOUS ADDRESS

| | |
|---|---|
| **Address:** | 2395 PREDERA AV<br>HENDERSON, NV 89052 |
| **Date Reported:** | 11/2004 |
| **Address:** | 4111 W 166TH ST<br>LAWNDALE, CA 90260 |

Special Notes: If any item on your credit report begins with "MED1", it includes medical information and the data following "MED1" is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in [brackets] or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**CAVALRY PORTFOLIO SVCS #1389****
500 SUMMIT LAKE DR
STE 4A
VALHALLA, NY 10595
(800) 501-0909

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 02/2010
Estimated date that this item will be removed: 07/2016

| | |
|---|---|
| **Balance:** | $5,740 |
| **Date Verified:** | 06/2011 |
| **Original Amount:** | $5,103 |
| **Original Creditor:** | 08 BANK OF AMERICA |
| **Past Due:** | >$5,712< |

| | |
|---|---|
| **Pay Status:** | >COLLECTION ACCOUNT< |
| **Account Type:** | OPEN ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |

**EQUABLE ASCENT FNCL LLC #44508****
1120 W LAKE COOK RD
SUITE B
BUFFALO GROVE, IL 60089
(866) 902-7395

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 01/2010
Estimated date that this item will be removed: 05/2016

| | |
|---|---|
| **Balance:** | $3,162 |
| **Date Verified:** | 06/2011 |
| **Original Amount:** | $3,162 |
| **Original Creditor:** | 08 CHASE B |
| **Past Due:** | >$3,162< |

| | |
|---|---|
| **Pay Status:** | >COLLECTION ACCOUNT< |
| **Account Type:** | OPEN ACCOUNT |
| **Responsibility:** | INDIVIDUAL ACCOUNT |

### - End of investigation results -

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com



*** 237085005-018 ***
PO Box 2000
Chester, PA 19022

07/12/2011   Trans**Union.**



P1LDI400201753-I007511-059227406

RANDY WILLIAM FORTUNATO
2166 SUNSET VISTA AV
HENDERSON, NV 89052

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of any company we may have contacted for information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit
http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| CAVALRY PORTFOLIO SVCS | # 1389**** | NEW INFORMATION BELOW |
| EQUABLE ASCENT FNCL LLC | # 44508** | VERIFIED, NO CHANGE |

| | |
|---|---|
| File Number: | 237085005 |
| Page: | 1 of 1 |
| Date Issued: | 07/12/2011 |

TransUnion. 

**Special Notes:** If any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | | | | |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

**CAVALRY PORTFOLIO SVCS** #1389****
500 SUMMIT LAKE DR
STE 4A
VALHALLA, NY 10595
(800) 501-0909

Loan Type: COLLECTION AGENCY/ATTORNEY
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 02/2010
Estimated date that this item will be removed: 06/2016

| | |
|---|---|
| Balance: | $5,777 |
| Date Verified: | 07/2011 |
| Original Amount: | $5,103 |
| Original Creditor: | 08 BANK OF AMERICA |
| Past Due: | >$5,777< |

| | |
|---|---|
| Pay Status: | >COLLECTION ACCOUNT< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

**EQUABLE ASCENT FNCL LLC** #44508**
1120 W LAKE COOK RD
SUITE B
BUFFALO GROVE, IL 60089
(866) 902-7395

Loan Type: FACTORING COMPANY ACCOUNT
Remarks: ACCT INFO DISPUTED BY CONSUMR
Date placed for collection: 01/2010
Estimated date that this item will be removed: 05/2016

| | |
|---|---|
| Balance: | $3,162 |
| Date Updated: | 07/2011 |
| Original Amount: | $3,162 |
| Original Creditor: | 08 CHASE BANK |
| Past Due: | >$3,162< |

| | |
|---|---|
| Pay Status: | >COLLECTION ACCOUNT< |
| Account Type: | OPEN ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website http://disclosure.transunion.com

**Experian**
A world of insight

Prepared for: **RANDY WILLIAM FORTUNATO**
Date: July 06, 2011
Report number: **2046-3615-95**

Your accounts that may be considered negative (continued)

**BARCLAYS BANK DELAWARE**
PO BOX 8803
WILMINGTON DE 19899
**Phone number**
(866) 370-5931
**Partial account number**
51402180241O.....
**Address identification number**
0330817752

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | Nov 2008 | Credit card | original amount | $1,073 as of Jan |
| | **First reported** | **Terms** | $500 | 2010 |
| | Nov 2008 | Not reported | **High balance** | |
| | **Date of status** | **Monthly** | $1,073 | |
| | Jan 2010 | **payment** | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Account charged off. $1,073 written off. $162 past due as of Jan 2010.
This account is scheduled to continue on record until Apr 2016.
**Creditor's statement**
"Account closed at credit grantor's request."

**Payment history**
2010 2009
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV
CO 180   OK OK OK OK OK OK OK OK OK OK OK

2008
OK OK OK

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)   DFR = Date payment received   SPA = Scheduled payment amount ($)   AAP = Actual amount paid ($)

| | Dec09 | Nov09 | Oct09 | Sep09 | Aug09 | Jul09 | | | |
|---|---|---|---|---|---|---|---|---|---|
| AB | 1,073 | 1,011 | 911 | 818 | 728 | 636 | | | |
| DFR | ND | ND | ND | ND | ND | ND | | | |
| SPA | ND | ND | ND | ND | ND | ND | | | |
| AAP | ND | ND | ND | ND | ND | ND | | | |

Between Jul 2009 and Dec 2009, your credit limit/high balance was $500

**CAVALRY PORTFOLIO SERVICE**
PO BOX 27288
TEMPE AZ 85285
**Phone number**
(800) 501-0909
**Partial account number**
13895425
**Address identification number**
0330817752
**Original creditor 08 BANK OF AMERICA**

| | Date opened | Type | Credit limit or | Recent balance |
|---|---|---|---|---|
| | Feb 2010 | Collection | original amount | $5,742 as of May |
| | **First reported** | **Terms** | $5,103 | 2011 |
| | Mar 2010 | 1 Months | **High balance** | |
| | **Date of status** | **Monthly** | Not reported | |
| | Mar 2010 | **payment** | | |
| | | Not reported | | |

**Responsibility**
Individual
**Status**
Collection account. $5,742 past due as of May 2011.
This account is scheduled to continue on record until May 2016.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was verified and updated on Jun 2011.

**Payment history**
2010
MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
C  C  C  C  C  C  C  NS  C  C  C  NS  C

2011
C  C  C  C  C

0002124110

EXHIBIT  C

USPS CERTIFIED MAIL TRACKING NO 7010 1060 0001 4814 6696

CAVALRY PORTFOLIO SERVICES, LLC
500 Summit Drive Suite 4a
Valhalla, NY. 10595

Randy Fortunato
2166 Sunset Vista Ave
Henderson, NV. 89052
(702) 569-5700

April  23, 2011

DEBT VALIDATION AND VERIFICATION
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Attn: Unknown-Debt Collector
Re: "your account" 1389
Re:" Your Balance:" $5,641

Greetings,

After reviewing a copy of my credit file I have discovered a negative entry by CAVALRY PORTFOLIO SERVICES, LLC. By what authority did you report this derogatory information?

Who are you? Where did you get my personal information? No contract exists between CAVALRY PORTFOLIO SERVICES, LLC and Randy Fortunato.

Your attention to this notice is important for liability purposes should there be a jury trial to contest these matters or should you attempt to defraud me or violate my rights.

Be advised that it is not now nor has it ever been my intention to refuse to pay any legal obligation I might lawfully owe. However, this notice is being sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g (Sec. 809) that your claim is disputed and validation and verification is requested.

I must demand proof of this debt, specifically the alleged contract or other instrument bearing my genuine signature, as well as proof of your authority in this matter. Absent such proof, you must correct any erroneous information associated with this account.

Please provide the following information:

1. Please evidence if this debt is a taxable gain and reportable to the IRS?
2. What is your authorization of law for your collection of my personal information?
3. What is your authorization of law for your collection of this alleged debt?
4. Please evidence your authorization to do business or operate in this state.
5. Please evidence proof of the alleged debt, including specifically the alleged contract or other instrument bearing my genuine signature and the CUSIP numbers.
6. Please provide a complete account history, including any charges added for collection activity.

1

USPS  CERTIFIED MAIL TRACKING No  7010 1060 0001 4814 8096

I do expect a response to this notice and you have thirty (30) days from receipt of this notice to respond. However, your failure to respond, on point, in writing, hand signed, and in a timely manner, will work as a waiver to any and all of your claims in this matter, and will entitle me to presume that you placed this on my credit report(s) in error and that this matter is permanently closed. Provide the proof, or correct the record and remove this invalid debt from all sources to which you have reported it.

For the purposes of 15 USC 1692 et seq., this Notice has the same effect as a dispute to the validity of the alleged debt and a dispute to the validity of your claims. This Notice is an attempt to correct your records, and any information received from you will be collected as evidence should further action be necessary.

Contacting me after receipt of this notice without providing procedurally proper validation and verification of the alleged debt constitutes a scheme of fraud by advancing a writing that you know or should know is false, with the intention that the courts and/or others rely on the written communication to impair or damage my credit rating, my reputation, my standing in the community as well as intentionally inflicting financial and emotional harm upon me. And I will use all the laws available to me to seek lawful remedy if necessary. I take this notice, and my rights, very seriously and expect you to do the same. You may want to obtain a legal opinion on this, but I believe that would constitute a scheme of fraud if this debt were to be resold; assuming that CAVALRY PRTFOLIO SERVICES, LLC has in fact purchased evidence of debt in this matter.

This response will constitute my effort to resolve this debt claim between the parties involved. Until full disclosure is achieved, there can be no case, collection or action. "No civil or criminal cause of action can arise lest, out of fraud, there be a valid, honest contract." See *Eads v. Marks* 249 P. 2d 257, 260.

Govern yourself accordingly,

Done this 26TH  Day of April, 2011

By: /s/ *Randy Fortunato*

USPS  CERTIFIED MAIL TRACKING No  7010 1060 0001 4814 8096

I declare under penalties of perjury in accordance with the laws of the United States of America Title 28 U.S.C. § 1746(1) the forgoing is true and correct and is admitted when not rebutted, so help me.

By: _____

**ACKNOWLEDGEMENT OF NOTARY**
*State Of Nevada*
*County Of Clark*

This foregoing instrument was acknowledged  before me this___2C+/___day of___April___,2011,

By, _Randy William Fortunato_____.

_____
*Notary Public*

SEAL

*My Commission Expires:*_Aug 30, 2011_____

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MATTHEW MCGOVERN
No. 08-5538-1   My Appointment Expires Aug 30, 2011

3



**U.S. Postal Service**
**CERTIFIED MAIL · RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.59 |

CAVALRY PORTFOLIO SERVICES
7000 Summit Lake Dr. #4A
Walhalla NY 10595

PS Form 3800, August 2006                    See Reverse for Instructions

7010 0060 0001 4814 8096

Customer Service      USPS Mobile                                                Register / Sign In

 **USPS.COM**                                  Search USPS.com or Track Packages

Quick Tools            Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70101060000148148096

**Status: Delivered**
Your item was delivered at 12:12 pm on May 02, 2011 in VALHALLA, NY 10595.
Additional information for this item is stored in files offline.

Additional information for this item is stored in files offline. You may request that the
additional information be retrieved from the archives, and that we send you an e-mail
when this retrieval is complete. Requests to retrieve additional information are
generally processed within four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

**Find Another Item**
What's your label (or receipt) number?

                                        Find

**LEGAL**               **ON USPS.COM**           **ON ABOUT.USPS.COM**      **OTHER USPS SITES**
Privacy Policy ›         Government Services ›     About USPS Home ›          Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›       Newsroom ›                 Postal Inspectors ›
FOIA ›                  Print a Label with Postage › Mail Service Updates ›   Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›        Forms & Publications ›      Postal Explorer ›
                        Site Index ›              Careers ›

Copyright© 2011 USPS. All Rights Reserved.

EXHIBIT D



500 Summit Lake Dr. Suite 400. Valhalla, NY 10595-1340   PO Box 1030, Hawthorne, NY 10532  (800) 501-0909
(914) 347-1973  (FAX)

JUNE 21, 2011

RANDY W FORTUNATO
2166 SUNSET VISTA AVE

HENDERSON NV  89052-2379

RE:   Original Institution:            Bank of America/FIA Card Services, N.A.
      Original Account Number:         5490330478694182
      Cavalry Reference Number:        13895425
      Principal Due:                   $ 5,103.31
      All Other Charges:               $ 647.24
      Balance Due:                     $ 5,750.55

Dear RANDY W FORTUNATO:

Per your request, please find enclosed the verification of your debt.

Cavalry is committed to working with you. You may contact us at 866-483-5139 from 9:00am to 5:00pm, Eastern Time, Monday through Friday. If you prefer, you may reach me directly at extension 13431.

Sincerely,

Robertino Gooding

Cavalry Portfolio Services, LLC

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

13895423

**Cover Page**

**Bank of America**

Prepared for:   **RANDY W FORTUNATO**

Account Number: 5490 3304 7869 4182

**January 2010 Statement**

| Credit Line: | $5,000.00 |
|---|---|
| Cash or Credit Available: | |

Customer Service

For information on Your Account visit:
www.bankofamerica.com
Call toll-free 1-800-789-6885
TDD hearing-impaired 1-800-346-3178

Mail Payments to:
BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200

Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $4,983.37 |
| Payments and Credits | - | $0.00 |
| Purchases and Adjustments | + | $78.00 |
| Periodic Rate Finance Charges | + | $41.94 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$5,103.31** |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 33 |
| Closing Date | 01/12/10 |
| Payment Due Date | 02/08/10 |
| Current Payment Due | $131.00 |
| Past Due Amount + | $781.00 |
| Total Minimum Payment Due | $912.00 |

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 01/06 | | 01/08 | 01/08 | 4068 | | 39.00 |
| OVERLIMIT FEE (BASED ON BALANCE  5,022.37) | | 01/12 | 01/08 | D/27 | | 39.00 |

YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 27 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.

## Important Information About Your Account

### OUR RECORDS SHOW YOUR ACCOUNT IS PAST DUE

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.025315% V | 9.24% | S | $4,755.78 |
| Cash Advances | | 0.052712% V | 19.24% | S | $0.00 |
| Purchases | | 0.025315% V | 9.24% | S | $264.39 |

Annual Percentage Rate for this Billing Period: 9.24%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V.. Variable Rate (Interest Rate may vary); APR Type: S.. Standard APR (APR normally in effect)

10     0051033100091200000047000005490330478694182

Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

BANK OF AMERICA
P.O. BOX 301200
LOS ANGELES, CA 90030-1200



**Payment Information:**

ACCOUNT NUMBER:   5490 3304 7869 4182

NEW BALANCE TOTAL: $5,103.31
PAYMENT DUE DATE:  02/08/10

Enter Payment Amount Enclosed

$

RANDY W FORTUNATO
2166 SUNSET VISTA AVE
HENDERSON NV 89052-2379

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

⑆524022250⑆ ⑈587047869418 2⑈

| | USE211   Rev. 04/08 |
|---|---|

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

**CUSTOMER STATEMENT OF DISPUTED ITEMS** – Please call toll free 1.866.266.0212 Monday–Thursday 8am–9pm (Eastern Time), Friday 8am–7pm (Eastern Time) and Saturday 8am–6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____
Transaction Date: _____   Posting Date: _____
Amount $: _____   Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have cancelled the merchant, returned the merchandise ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my account. I did not authorize the second transaction. Sale #1 $_____ Reference #_____ Sale #2 $_____ Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contact.

☐ 10. I certify that I do not recognize the transaction. Merchant collects provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to:
Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a billing cycle in which the 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "*" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances). We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases). We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

We calculate the daily balance for each day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing** – Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone** – When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check is converted into a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code &
Home Phone _____
Area Code &
Work Phone _____

**Bank of America**

Prepared for:   **RANDY W FORTUNATO**

Account Number:   5490 3304 7869 4182

**February 2009 Statement**

| | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Available: | $287.36 |

**Customer Service**

For Information on Your Account Visit:
www.bankofamerica.com
Call toll-free 1-800-769-6685
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $4,934.96 |
| Payments and Credits | - | $223.82 |
| Purchases and Adjustments | + | $0.00 |
| Minimum Finance Charges | + | $1.50 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$4,712.64** |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 02/10/09 |
| Payment Due Date | 03/08/09 |
| Current Payment Due | $48.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $48.00 |

## Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE CHARGE ADJUSTMENT | | 01/26 | 01/26 | 1487 | | 39.00 CR |
| PROMO RATE FINANCE CHARGE ADJ | | 01/27 | 01/13 | | | 48.82 CR |
| PAYMENT – THANK YOU | | 02/04 | | | | 136.00 CR |

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1-866-297-0258 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160016.

MAKE BUDGETING AND TAX PREPARATION EASIER WITH THE 2008 YEAR-END SUMMARY.
ORDER THIS DETAILED SPENDING SUMMARY FOR $9.95 BY CALLING 1-866-491-1141.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE
TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

10      0047126400004800000136000005490330478694182



BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RANDY W FORTUNATO
2166 SUNSET VISTA AVE
HENDERSON NV  89052-2379-663

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   5490 3304 7869 4182

NEW BALANCE TOTAL: $4,712.64
PAYMENT DUE DATE:  03/08/09

TOTAL MINIMUM PAYMENT DUE
$48.00

Enter Payment Amount Enclosed
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

Page 1 of 4

⑈524022250⑈  1587047869418 2⑈

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                     USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                     Choose only one dispute reason.

Your Name: _____
Transaction Date: _____   Posting Date: _____
Amount $: _____   Dispensed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The net cost of the charge was incorrect from $ _____ to $ _____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were th e goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped (on _/_/_ (MM/DD/YY)). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on _/_/_ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above connection, I have contacted the merchant, repaired the merchandise on _/_/_ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to retain the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was processed twice to my statement. I did not authorize the second transaction. Sale #1 $ _____   Reference # _____ Sale #2 $ _____   Reference # _____

☐ 8. I notified the merchant on _/_/_ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The services to be provided on _/_/_ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

### GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in full this statement's billing cycle, if on you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

### CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to that statement's billing cycle with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate a daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in this billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

### PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or super draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for any credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

### TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charge, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

### HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

### Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

### Important Information about Payments by Phone

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

### MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

**Bank of America**

| | |
|---|---|
| *Prepared for:* **RANDY W FORTUNATO** | **February 2009 Statement** |
| *Account Number:* 5490 3304 7869 4182 | *Credit Line:* $5,000.00 |
| | *Cash or Credit Available:* $267.36 |

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% V | 9.99% | S | |
| Offer 8LBV-56DXN | BT, CB, DB | 0.000000% | 0.00% | P | |
| Cash Advances | | 0.054767% V | 19.99% | S | |
| Purchases | | 0.027370% V | 9.99% | S | |

Annual Percentage Rate for this Billing Period:                                                                      106.54%

(Includes Minimum Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer, DB = Direct Deposit treated as Balance Transfer; Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time or eligible transactions)

**Bank of America**

*Prepared for:* **RANDY W FORTUNATO**

*Account Number:* 5490 3304 7869 4182

**March 2009 Statement**

| | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Available: | $333.86 |

### Customer Service

**For information on Your Account Visit:**
www.bankofamerica.com
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

**Mail Payments to:**
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

**Mail Billing Inquiries to:**
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $4,712.64 |
| Payments and Credits | - | $48.00 |
| Purchases and Adjustments | + | $0.00 |
| Minimum Finance Charges | + | $1.50 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$4,666.14** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 03/11/09 |
| | |
| Payment Due Date | 04/04/09 |
| Current Payment Due | $48.00 |
| Past Due Amount + | $0.00 |
| **Total Minimum Payment Due** | **$ 48.00** |

### Transactions

| Payments and Credits | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| PAYMENT | | 02/23 | | | | 48.00 CR |

### Other Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.8256 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160016.

TAX TIME IS HERE! CALL 1-866-491-1142 FOR DELIVERY OF THE 2008 YEAR-END SUMMARY WITHIN 4 BUSINESS DAYS FOR ONLY $19.95.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.027370% V | 9.99% | S | |
| Offer BLBV-66DXN | BT, CB, DB | 0.000000% | 0.00% | P | |
| Cash Advances | | 0.054767% V | 19.99% | S | |
| Purchases | | 0.027370% V | 9.99% | S | |

**Annual Percentage Rate for this Billing Period:** 1144.20%
(Includes Minimum Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer, DB = Direct Deposit treated as Balance Transfer; Daily Interest Rate Type: V= Variable Rate (Interest Rate may vary); APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for limited time on eligible transactions)

10    0046661400004800000048000005490330478694182

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001


RANDY W FORTUNATO
2166 SUNSET VISTA AVE
HENDERSON NV  89052-2379-663



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

### Payment Information

| | |
|---|---|
| *ACCOUNT NUMBER:* | 5490 3304 7869 4182 |
| *NEW BALANCE TOTAL:* | $4,666.14 |
| *PAYMENT DUE DATE:* | 04/04/09 |
| *TOTAL MINIMUM PAYMENT DUE:* | $48.00 |

Enter Payment Amount Enclosed

Mail this payment coupon along with a check or money order payable to: BANK OF AMERICA

Page 1 of 2

⑆524022250⑆  15870478694182⑈

USE211   Rev. 04/08

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday–Thursday 8am–9pm (Eastern Time), Friday 8am–7pm (Eastern Time) and Saturday 8am–6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.     Check only one dispute reason.

Your Name: _____     Account Number: _____
Transaction Date: _____  Posting Date: _____     Reference Number: _____
Amount $: _____  Disputed Amount $: _____     Merchant Name: _____

☐ 1. The amount of this charge was increased from $_____ to $_____ or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ____/____/____ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The enclosure has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ____/____/____ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ____/____/____ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to reach the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was issued twice to my statement. I did not authorize the second transaction. Sale #1 $_____  Reference #_____  Sale #2 $_____  Reference #_____

☐ 8. I notified the merchant on ____/____/____ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ____/____/____ (MM/DD/YY) were not rendered or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize this transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for clarification.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to:
Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

**GRACE PERIOD**

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the other billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

**CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE**

Average Balance Method (including new Balance Transfers and new Cash Advances). We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balance, and their related Transaction Fees. We exclude from this calculation all transactions posted on previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in this billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

**PAYMENTS**

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the cost for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

**TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION**

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

**HOW WE ALLOCATE YOUR PAYMENTS**

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made within this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rate, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

**MISCELLANEOUS**

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____  Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

**Bank of America**

Prepared for: **RANDY W FORTUNATO**

Account Number: 5490 3304 7889 4162

April 2009 Statement
Credit Line:                $5,000.00
Cash or Credit Available:   $380.38

Customer Service
For Information on Your Account Visit
www.bankofamerica.com
Call toll-free 1-800-799-6885
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $4,566.14 |
| Payments and Credits | - | $48.00 |
| Purchases and Adjustments | + | $0.00 |
| Minimum Finance Charges | + | $1.50 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$4,619.64** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 29 |
| Closing Date | 04/09/09 |
| Payment Due Date | 05/06/09 |
| Current Payment Due | $47.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $ 47.00 |

### Activity

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| Payments and Credits | | | | | | |
| PAYMENT - THANK YOU | | 03/22 | | | | 48.00 CR |

### Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

YOU'VE BEEN ISSUED A CUSTOMER THANK-YOU. GO TO WWW.MYBONUSCENTER.COM/44627 FOR
DETAILS AND TO MAKE YOUR SELECTIONS. ACT NOW BEFORE IT EXPIRES ON JUNE 5, 2009.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160016.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE
TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.025315% V | 9.24% | S | |
| Offer BLBV-56DXN | BT, CB, DB | 0.000000% | 0.00% | P | |
| Cash Advances | | 0.052712% V | 19.24% | S | |
| Purchases | | 0.025315% V | 9.24% | S | |

Annual Percentage Rate for this Billing Period:                                             599.34%
(Includes Minimum Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the
Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT = Balance Transfer, CB = Check treated as Balance Transfer, DB = Direct Deposit treated as Balance
Transfer; Daily Interest Rate Type: V= Variable Rate (interest Rate may vary); APR Type: S= Standard APR (APR normally in effect), P= Promotional APR (APR for
limited time on eligible transactions)

10      0046196400004700000048000005490330478694162

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RANDY W FORTUNATO
2186 SUNSET VISTA AVE
HENDERSON NV 89052-2379-863



☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   5490 3304 7889 4162
NEW BALANCE TOTAL: $4,619.64
PAYMENT DUE DATE: 05/06/09

TOTAL MINIMUM PAYMENT DUE $47.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

Page 1 of 2

⑆5240 22250⑆   158704786941 82⑈

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                    USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday–Thursday 8am–9pm (Eastern Time), Friday 8am–7pm (Eastern Time) and Saturday 8am–6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____    Account Number: _____
Transaction Date: _____  Posting Date: _____    Reference Number: _____
Amount $: _____   Disputed Amount $: _____    Merchant Name: _____

☐ 1. The amount of the charge was increased from $_____ to $_____ or any sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The credit was for $_____ up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was issued incorrectly. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____   Reference #_____   Sale #2 $_____   Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #.

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) was not received or was unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I have not received credit for this transaction. Merchant often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____    Date: _____
Best contact telephone #: _____    Home#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's Previous Balance in this statement's Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, if on you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portion of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date and avoid any other "promotion turn-offs" as defined in your Credit Card Agreement to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "***" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" (a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle); (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero or the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full due, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full due.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a tradename of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically, using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code &
Home Phone _____
Area Code &
Work Phone _____

**Bank of America**

Prepared for: **RANDY W FORTUNATO**

Account number: 5490 3304 7869 4182

**May 2009 Statement**

| | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Available: | $425.86 |

**Customer Service**

For information on Your Account visit:
www.bankofamerica.com
Call toll-free 1-800-789-9586
TDD hearing-impaired 1-800-346-3178

Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions

| | | |
|---|---|---|
| Previous Balance | | $4,819.64 |
| Payments and Credits | − | $47.00 |
| Purchases and Adjustments | + | $0.00 |
| Minimum Finance Charges | + | $1.50 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,574.14 |

### Billing Cycle and Payment Information

| | |
|---|---|
| Days in Billing Cycle | 32 |
| Closing Date | 05/11/09 |
| Payment Due Date | 06/04/09 |
| Current Payment Due | $47.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | $47.00 |

## Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT - THANK YOU | | 04/16 | | | | 47.00 CR |

## Important Information About Your Account

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160018.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.025315% V | 9.24% | S | |
| Offer BLBV-56DXN | BT, CB, DB | 0.000000% V | 0.00% | P | |
| Cash Advances | | 0.082712% V | 19.24% | S | |
| Purchases | | 0.025315% V | 9.24% | S | |

Annual Percentage Rate for this Billing Period: 357.15%
(Includes Minimum Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT — Balance Transfer, CB — Check treated as Balance Transfer, DB — Direct Deposit treated as Balance Transfer; Daily Interest Rate Type: V— Variable Rate (Interest Rate may vary); APR Type: S— Standard APR (APR normally in effect), P— Promotional APR (APR for limited time on eligible transactions)

10    0045741400004700000047000005490330478694182

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RANDY W FORTUNATO
2168 SUNSET VISTA AVE
HENDERSON NV 89052-2379



☐ Check here for a change of mailing address or phone number(s). Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER:   5490 3304 7869 4182

NEW BALANCE TOTAL: $4,574.14
PAYMENT DUE DATE: 06/04/09

Enter Payment Amount Enclosed:
$

Make the payment coupon along with a check or money order payable to: BANK OF AMERICA

⑆524022250⑆ ⑈587047869418 2⑉

USE211   Rev. 04/08

## IMPORTANT INFORMATION ABOUT THIS ACCOUNT

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER WITH YOUR PAYMENT.                                     Choose only one dispute reason.

Your Name:
Transaction Date: _____   Posting Date: _____
Amount $: _____   Disputed Amount $: _____

☐ 1. The amount of the charge was increased from $ _____ to $ _____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the front of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to return the merchandise, please explain.

☐ 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____   Reference # _____   Sale #2 $ _____   Reference # _____

Merchant Name: _____
Reference Number: _____
Merchant Number: _____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel this pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in this above transaction, I have contacted the merchant for credit. The services to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempts to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I did not engage in the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Hours#: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please ensure a copy of this form and any supporting information regarding the merchant charge in question to:
Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions. If applicable, there is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balances 1) the 0% Promotional Rate will expire at the end of the statement's billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances arriving as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. To do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and add Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add new Purchases, add new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero, we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then total by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing the corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

## Payment Due Dates and Keeping Your Account in Good Standing

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overlimit fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

## Important Information about Payments by Phone

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

**Bank of America**

Prepared for: **RANDY W FORTUNATO**

Account Number: 5490 3304 7869 4182

**June 2009 Statement**

| | |
|---|---|
| Credit Line: | $5,000.00 |
| Cash or Credit Avaialbe: | $471.36 |

**Customer Service**

For information on Your Account visit:
www.bankofamerica.com
Call toll-free 1-800-789-6885
TDD hearing-impaired 1-800-346-3178

Mall Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

Mall Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

### Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $4,574.14 |
| Payments and Credits | − | $47.00 |
| Purchases and Adjustments | + | $0.00 |
| Minimum Finance Charges | + | $1.50 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$4,528.64** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days In Billing Cycle | 29 |
| Closing Date | 06/09/09 |
| Payment Due Date | 07/05/09 |
| Current Payment Due | $46.00 |
| Past Due Amount | $0.00 |
| Total Minimum Payment Due | $46.00 |

### Transactions

| | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| PAYMENT - THANK YOU | | 05/26 | 05/26 | | | 47.00 CR |

### Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9258 TO USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

ENJOY SPECIAL DISCOUNTS AT HERTZ.COM WHEN YOU USE CDP# 160016.

HELP PROTECT YOUR CREDIT. SIGN UP FOR THE PRIVACY ASSIST PREMIER(TM) SERVICE TO HELP FIGHT IDENTITY THEFT. LEARN MORE AT WWW.BANKOFAMERICA.COM/TODAY

### Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.025315% V | 9.24% | S | |
| Offer BLBV-56DXN | BT, CB, DB | 0.000000% | 0.00% | P | |
| Cash Advances | | 0.052712% V | 19.24% | S | |
| Purchases | | 0.025315% V | 9.24% | S | |

Annual Percentage Rate for this Billing Period: 308.48%
(Includes Minimum Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds the Corresponding APR above.)

APR Type Definitions: Promotional Transaction Types: BT – Balance Transfer, CB – Check treated as Balance Transfer, DB – Direct Deposit treated as Balance Transfer; Daily Interest Rate Type: V– Variable Rate (Interest Rate may vary); APR Type: S– Standard APR (APR normally in effect), P– Promotional APR (APR for limited time on eligible transactions)

10    00452864000046000000470000549033047869 4182

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RANDY W FORTUNATO
2166 SUNSET VISTA AVE
HENDERSON NV 89052-2379

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.



**Payment Information**

ACCOUNT NUMBER:    5490 3304 7869 4182

NEW BALANCE TOTAL: $4,528.64
PAYMENT DUE DATE:  07/05/09

Enter Payment Amount Enclosed:
$

Mall the payment coupon along with a check or money order payable to: BANK OF AMERICA

Page 1 of 2

⑆524022250⑆ ⑈587047869418 2⑉

USE211   Rev. 04/08

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday-Thursday 8am-9pm (Eastern Time), Friday 8am-7pm (Eastern Time) and Saturday 8am-6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.    Choose only one dispute reason.

Your Name: _____   Posting Date: _____
Transaction Date: _____   Disputed Amount: $_____
Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

☐ 1. The amount of the charge was incorrect from $_____ to $_____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.

☐ 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.

☐ 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.

☐ 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.

☐ 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.

☐ 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why it was not disputing this charge with a copy of the proof of return. If you are unable to reach the merchandise, please explain.

☐ 7. I certify that the charge in question was made. However, this was posted twice to my statement. I did not authorize the second transaction. Sale #1 $_____   Reference #_____
Sale #2 $_____   Reference #_____

☐ 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation if and if available, enclose a copy of your contract and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #:

☐ 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) were not received or were unsatisfactory. Attach a letter describing the services expected, your attempt to resolve with the merchant and a copy of your contract.

☐ 10. I certify that I do not recognize the transaction. Merchants often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.

☐ 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Home #: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information along with the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that begins the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date (and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" – a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable solely to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and their related Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

## PAYMENTS

We credit payments as of the date received, if the payment is 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order; and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and that stand by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

We will allocate your payments in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and your must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____ Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

**Bank of America**

Prepared for:   **RANDY W FORTUNATO**

Account Number:   5490 3304 7869 4182

**July 2009 Statement**
Credit Line:          $5,000.00
Cash or Credit Available:   $388.63

### Customer Service
For information on Your Account visit:
www.bankofamerica.com
Call toll-free 1-800-789-8685
TDD hearing-impaired 1-800-348-3178
Make Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Make Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Account Information

### Summary of Transactions
| | | |
|---|---|---|
| Previous Balance | | $4,528.64 |
| Payments and Credits | - | $0.00 |
| Purchases and Adjustments | + | $39.00 |
| Periodic Rate Finance Charges | + | $35.73 |
| Transaction Fee Finance Charges | + | $0.00 |
| New Balance Total | | $4,603.37 |

### Billing Cycle and Payment Information
| | |
|---|---|
| Days in Billing Cycle | 31 |
| Closing Date | 07/10/09 |
| Payment Due Date | 08/06/09 |
| Current Payment Due | $120.00 |
| Past Due Amount  + | $46.00 |
| Total Minimum Payment Due | |

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|---|
| LATE FEE FOR PAYMENT DUE 07/05 | | 07/06 | 07/05 | 4826 | | 39.00 |

## Important Information About Your Account

YOUR PAYMENT WAS NOT RECEIVED BY THE DUE DATE. TO AVOID FUTURE FEES OR RATE
INCREASES, PLEASE MAKE YOUR PAYMENTS ON TIME AND REMAIN UNDER YOUR CREDIT
LIMIT. REMEMBER, IF TWICE IN 12 MONTHS YOUR PAYMENT IS RECEIVED AFTER THE DUE
DATE AND/OR YOUR CREDIT LIMIT IS EXCEEDED, YOUR APR MAY INCREASE.

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING
AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

PAY YOUR BILL QUICKLY WITH THE PAY BY PHONE SERVICE. CALL 1.866.297.9256 TO
USE THE AUTOMATED SERVICE OR DISCUSS OTHER PAYMENT OPTIONS.

## Finance Charge Schedule

| Category | Promotional Transaction Types | Daily Periodic Rate | Corresponding Annual Percentage Rate | APR Type | Balance Subject to Finance Charge |
|---|---|---|---|---|---|
| Balance Transfers | | 0.0253169% V | 9.24% | S | $4,588.21 |
| Cash Advances | | 0.0527129% V | 19.24% | S | $0.00 |
| Purchases | | 0.0253169% V | 9.24% | S | $15.22 |

Annual Percentage Rate for this Billing Period:                                                                9.23%
(Includes Periodic Rate Finance Charges and Transaction Fee Finance Charges that results in an APR which exceeds
the Corresponding APR above.)

APR Type Definitions: Daily Interest Rate Type: V-- Variable Rate (Interest Rate may vary); APR Type: S-- Standard APR (APR normally in effect)

10    00460337000166000000470000054903304786941&2

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

RANDY W FORTUNATO
2166 SUNSET VISTA AVE
HENDERSON NV 89052-2379

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

### Payment Information
ACCOUNT NUMBER:   5490 3304 7869 4182
NEW BALANCE TOTAL: $4,603.37
PAYMENT DUE DATE:  08/06/09



Make the payment coupon along with a
check or money order payable to: BANK OF AMERICA

⑆524022250⑆  ⑈5B7047869418 2⑈

**IMPORTANT INFORMATION ABOUT THIS ACCOUNT**                                     USE211   Rev. 04/08

**CUSTOMER STATEMENT OF DISPUTED ITEM** – Please call toll free 1.866.266.0212 Monday–Thursday 8am–9pm (Eastern Time), Friday 8am–7pm (Eastern Time) and Saturday 8am–6pm (Eastern Time). For prompt service please have the merchant reference number(s) available for the charge(s) in question.

PLEASE DO NOT ALTER WORDING ON THIS FORM AND DO NOT MAIL YOUR LETTER OR FORM WITH YOUR PAYMENT.                Choose only one dispute reason.

Your Name: _____
Transaction Date: _____   Posting Date: _____
Amount $: _____   Disputed Amount $: _____

Account Number: _____
Reference Number: _____
Merchant Name: _____

- [ ] 1. The amount of the charge was increased from $ _____ to $ _____, or my sales slip was added incorrectly. Enclosed is a copy of the sales slip that shows the correct amount.
- [ ] 2. I certify that the charge listed above was not made by me or a person authorized by me to use my card, nor were the goods or services represented by the transaction received by me or a person authorized by me.
- [ ] 3. I have not received the merchandise that was to be shipped to me on ___/___/___ (MM/DD/YY). I have asked the merchant to credit my account.
- [ ] 4. I was issued a credit slip that was not shown on my statement. A copy of my credit slip is enclosed. The merchant has up to 30 days to credit your account.
- [ ] 5. Merchandise that was shipped to me has arrived damaged and/or defective. I returned it on ___/___/___ (MM/DD/YY) and asked the merchant to credit my account. Attach a letter describing how the merchandise was damaged and/or defective and a copy of the proof of return.
- [ ] 6. Although I did engage in the above transaction, I have contacted the merchant, returned the merchandise on ___/___/___ (MM/DD/YY) and requested a credit. I either did not receive this credit or it was unsatisfactory. Attach a letter explaining why you are disputing this charge with a copy of the proof of return. If you are unable to attach the merchandise, please explain.
- [ ] 7. I certify that the charge in question was a single transaction, but was posted twice to my statement. I did not authorize the second transaction. Sale #1 $ _____   Reference # _____ Sale #2 $ _____   Reference # _____

- [ ] 8. I notified the merchant on ___/___/___ (MM/DD/YY) to cancel the pre-authorized order (reservation). Please note cancellation # and if available, enclose a copy of your canceled and a copy of your telephone bill showing date and time of cancellation. Reason for cancellation / cancellation #: _____
- [ ] 9. Although I did engage in the above transaction, I have contacted the merchant for credit. The service to be provided on ___/___/___ (MM/DD/YY) were not supplied or was unsatisfactory. Attach a letter describing the services requested, your attempts to resolve with the merchant and a copy of your contract.
- [ ] 10. I certify that I do not recognize the transaction. Merchant often provide telephone numbers next to their name on your billing statement. Please attempt to contact the merchant for information.
- [ ] 11. If your dispute is for a different reason, please contact us at the above telephone number.

Signature (required): _____   Date: _____
Best contact telephone #: _____   Hours: _____

Billing rights are only preserved by written inquiry. To preserve your billing rights, please return a copy of this form and any supporting information regarding the merchant charge in question to: Attn: Billing Inquiries, P.O. Box 15026, Wilmington, DE 19850-5026, USA.

PLEASE KEEP THE ORIGINAL FOR YOUR RECORDS AND SEND A COPY OF THIS STATEMENT.

## GRACE PERIOD

"Grace Period" means the period of time during a billing cycle when you will not accrue Periodic Rate Finance Charges on certain transactions or balances. There is no Grace Period for Balance Transfers and Cash Advances. If you pay in full this statement's New Balance Total by its Payment Due Date and if you paid in full this statement's Previous Balance in this statement's billing cycle, then you will have a Grace Period during the billing cycle that began the day after this statement's Closing Date on the Purchase portions of this statement's New Balance Total.

During a 0% Promotional Rate Offer: 1) no Periodic Rate Finance Charges accrue on balances with the 0% Promotional Rate; and 2) you must pay the Total Minimum Payment Due by its Payment Due Date and avoid any other "promotion turn-off event" as defined in your Credit Card Agreement) to maintain the 0% Promotional Rate.

** If a corresponding Annual Percentage Rate in the Finance Charge Schedule on the front of this statement contains a "**" symbol, then with respect to those balances: 1) the 0% Promotional Rate will expire at the end of the next billing cycle, and 2) you must pay this statement's New Balance Total by its Payment Due Date to avoid Periodic Rate Finance Charges after the end of the 0% Promotional Rate Offer on those balances existing as of the Closing Date of this statement.

## CALCULATION OF BALANCES SUBJECT TO FINANCE CHARGE

Average Balance Method (including new Balance Transfers and new Cash Advances): We calculate separate Balances Subject to Finance Charge for Balance Transfers, Cash Advances, and for each Promotional Offer balance consisting of Balance Transfers or Cash Advances. We do this by: (1) calculating a daily balance for each day in this statement's billing cycle; (2) calculating a daily balance for each day prior to this statement's billing cycle that had a "Pre-Cycle balance" - a Pre-Cycle balance is a Balance Transfer or Cash Advance with a transaction date prior to this statement's billing cycle but with a posting date within this statement's billing cycle; (3) adding all the daily balances together; and (4) dividing the sum of the daily balances by the number of days in this statement's billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, add new Balance Transfers, new Cash Advances and and Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero.

To calculate a daily balance for each day prior to this statement's billing cycle that had a Pre-Cycle balance, we take the beginning balance attributable only to Pre-Cycle balances (which will be zero on the transaction date of the first Pre-Cycle balance), add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and add only the applicable Pre-Cycle balances, and then subtract Transaction Fees. We exclude from this calculation all transactions posted in previous billing cycles.

Average Daily Balance Method (including new Purchases): We calculate separate Balances Subject to Finance Charge for Purchases and for each Promotional Offer balance consisting of Purchases. We do this by: (1) calculating a daily balance for each day in the billing cycle; (2) adding all the daily balances together; and (3) dividing the sum of the daily balances by the number of days in the billing cycle.

To calculate the daily balance for each day in this statement's billing cycle, we take the beginning balance, add an amount equal to the applicable Daily Periodic Rate multiplied by the previous day's daily balance, and new Purchases, new Account Fees, and new Transaction Fees, and subtract applicable payments and credits. If any daily balance is less than zero we treat it as zero. If the Previous Balance shown on this statement was paid in full in this statement's billing cycle, then on the day after that payment in full date, we exclude from the beginning balance new Purchases, new Account Fees, and new Transaction Fees which posted on or before that payment in full date, and we do not add new Purchases, new Account Fees, or new Transaction Fees which post after that payment in full date.

We include the costs for the credit card debt cancellation plan or credit insurance purchased through us in calculating the beginning balance for the first day of the billing cycle after the billing cycle in which such costs are billed.

## TOTAL PERIODIC RATE FINANCE CHARGE COMPUTATION

Periodic Rate Finance Charges accrue and are compounded on a daily basis. To determine the Periodic Rate Finance Charges, we multiply each Balance Subject to Finance Charge by its applicable Daily Periodic Rate and then result by the number of days in the billing cycle. To determine the total Periodic Rate Finance Charge for the billing cycle, we add the Periodic Rate Finance Charges together. Each Daily Periodic Rate is calculated by dividing its corresponding Annual Percentage Rate by 365.

## HOW WE ALLOCATE YOUR PAYMENTS

Periodic Rate Finance Charges accrue in the manner we determine. In most instances, we will allocate your payments to balances (including transactions made after this statement) with lower APRs before balances with higher APRs. This will result in balances with lower APRs (such as new balances with promotional APR offers) being paid before any other existing balances.

**Payment Due Dates and Keeping Your Account in Good Standing**

Your Payment Due Date will not fall on the same day each month. In order to help maintain any promotional rates, to avoid the imposition of Default Rates (if applicable), to avoid late fees, and to avoid overdraft fees, we must receive at least the Total Minimum Payment Due by its Payment Due Date each billing cycle and you must maintain your account balance below your Credit Limit each day.

**Important Information about Payments by Phone**

When using the optional Pay-by-Phone service, you authorize us to initiate an electronic payment from your account at the financial institution you designate. You must authorize the amount and timing of each payment. For your protection, we will ask for security information. A fee may apply. To cancel, call us before the scheduled payment date. Same-day payments cannot be edited or canceled.

## MISCELLANEOUS

For the complete terms and conditions of your account, consult your Credit Card Agreement. FIA Card Services is a trademark of FIA Card Services, N.A. This account is issued and administered by FIA Card Services, N.A.

## PAYMENTS

We credit payments as of the date received, if the payment is: 1) received by 5 p.m. (Eastern Time), 2) received at the address shown in the bottom left-hand corner of the front of this statement, 3) paid with a check drawn in U.S. dollars on a U.S. financial institution or a U.S. dollar money order, and 4) sent in the enclosed return envelope with only the bottom portion of this statement accompanying it. Payments received after 5 p.m. on any day including the Payment Due Date, but that otherwise meet the above requirements, will be credited as of the next day. We will reject payments that are not drawn in U.S. dollars and those drawn on a financial institution located outside of the United States. Credit for any other payments may be delayed up to five days. No payment shall operate as an accord and satisfaction without the prior written approval of one of our Senior Officers.

We process most payment checks electronically by using the information found on your check. Each check authorizes us to create a one-time electronic funds transfer (or process it as a check or paper draft). Funds may be withdrawn from your account as soon as the same day we receive your payment. Checks are not returned to you. For more information or to stop the electronic funds transfers, call us at the number listed on the front.

If you have authorized us to pay your credit card bill automatically from your savings or checking account with us, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

If your billing address or contact information has changed, or if your address is incorrect as it appears on this bill, please provide all corrections here.

Address 1 _____
Address 2 _____
City _____
State _____   Zip _____
Area Code & Home Phone _____
Area Code & Work Phone _____

## Notice of Important Rights

We are required by law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws.

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IN COLORADO:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Our in-state office address and telephone number is 80 Garden Center, Suite 3 Broomfield, CO 80020, (303) 920-4763.

**IN MASSACHUSETTS:** NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTOR. You may contact us by telephone at (866) 483-5139 between 9:00 am and 5:00 pm Eastern Time Monday-Friday or in writing at 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340.

**IN MINNESOTA:** THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

**In New York City:** This collection agency is licensed by the New York City Department of Consumer Affairs. The license numbers are 1143718, 1126502, 1126497, and 1126494.

**In Tennessee:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.
**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.
**In North Carolina:** This collection agency is licensed by the North Carolina Department of Insurance. The license numbers are 3824, 3910, 3911, and 3912. Its true name is Cavalry Portfolio Services, LLC. Its true addresses are: (a) 4050 Cotton Center Boulevard, Building 2, Suite 20, Phoenix, Arizona 85040; (b) 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340; (c) 9522 E. 47th Place, Suite H, Tulsa, Oklahoma 74145; and (d) 408 St. Peter Street, St. Paul, Minnesota 55102.

## Privacy Notice

**In accordance with federal regulations, Cavalry is giving you this notice to tell you how we may use non-public personal information about you and your account ("Private Information"). This notice applies whether you are a current or a former customer of Cavalry.**

COLLECTION AND USE OF PRIVATE INFORMATION
We collect Private Information about you from the following sources:

- ❑   Information we receive from you either directly or indirectly, such as information on applications or other forms, which may include your name, address, social security number and income.
- ❑   Information about your transactions with us or others, such s your account balance and payment history.
- ❑   Information we receive from consumer reporting agencies, such as your credit history and credit worthiness.

DISCLOSURE OF PRIVATE INFORMATION
We only disclose information we collect to affiliated and non-affiliated third parties as permitted by the federal Fair Debt Collection Practices Act. We may disclose information we collect to:

- o   Credit bureaus
- o   The original creditor and entities that have had an ownership interest in your account
- o   Entities that provide mailing services on our behalf
- o   Entities that provide collection-related services on our behalf
- o   Others, such as third parties, when you direct us to share information about you
- o   Affiliated and non-affiliated parties if not prohibited by the federal Fair Debt Collection Practices Act or by other applicable laws

MAINTENANCE OF ACCURATE INFORMATION
We have established procedures to correct inaccurate information in a timely manner. If you have any reason to believe that our record of your Private Information is incorrect, contact us in writing at 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340. We will investigate the situation and, when appropriate, update our records accordingly.

PROTECTION OF INFORMATION
We restrict access to Private Information about you to our employees who need this information to provide products and services to you. We maintain physical, electronic, and procedural safeguards that are consistent with federal standards to guard your Private Information.

For account questions, comments, or general customer service, you may contact us at 800-501-0909 Monday through Thursday from 8:00 am to 9:00 pm Eastern Time, Friday from 8:00 am to 8:00 pm Eastern Time and Saturday from 9:00 am to 2:00 pm Eastern Time, or you may write us at 500 Summit Lake Drive Suite 400 Valhalla, NY 10595-1340.

By sending your check, please be aware that you are authorizing Cavalry Portfolio Services, LLC to use information on your check to

EXHIBIT  E

USPS  CERTIFIED MAIL #7011 0470 0003 4181 2638 Return Receipt Requested

CAVALRY PORTFOLIO SERVICES, LLC                    Randy Fortunato
500 Summit Drive Suite 4a                          2166 Sunset Vista Ave
Valhalla, NY. 10595                                Henderson, NV. 89052
                                                     (702) 569-5700

June 10, 2011

Attn: Unknown-Debt Collector

Re: "your account" 1389
Re:" Your Balance:" $5,641

# SECOND NOTICE
### FINAL NOTICE
#### NOTICE OF DISPUTE, DEBT VALIDATION REQUEST

After reviewing a copy of my credit file I have discovered a negative entry by CAVALRY
PORTFOLIO SERVICES, LLC. By what authority did you report this derogatory information?

Who are you? Where did you get my personal information? No contract exists between
CAVALRY PORTFOLIO SERVICES, LLC and Randy Fortunato.

Your attention to this notice is important for liability purposes should there be a jury
trial to contest these matters or should you attempt to defraud me or violate my rights.

Be advised that it is not now nor has it ever been my intention to refuse to pay any
legal obligation I might lawfully owe. However, this notice is being sent pursuant to the Fair
Debt Collection Practices Act, 15 USC 1692g (Sec. 809) that your claim is disputed and
validation and verification is requested.

I must demand proof of this debt, specifically the alleged contract or other instrument
bearing my genuine signature, as well as proof of your authority in this matter. Absent such
proof, you must correct any erroneous information associated with this account.

Please provide the following information:

1. Please evidence if this debt is a taxable gain and reportable to the IRS?
2. What is your authorization of law for your collection of my personal information?
3. What is your authorization of law for your collection of this alleged debt?
4. Please evidence your authorization to do business or operate in this state.
5. Please evidence proof of the alleged debt, including specifically the alleged contract or
other instrument bearing my genuine signature and the CUSIP numbers.
6. Please provide a complete account history, including any charges added for collection
activity.

I do expect a response within **10 DAYS** from receipt of this notice.

If I do not hear from you, I do intend to follow through and file suit against you.

Govern yourself accordingly,  By: /s/ *Randy Fortunato*


SEE ATTACHED: COPY OF 1ST NOTICE OF
              DEBT VALIDATION

1

CC: FILE

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery    6/16

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

CAVAIRY PORTFOLIO SERVICES, LLC
500 SUMMIT DRIVE
Suite 4A
VALHALA, NY 10595

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7011 0470 0003 4181 2638

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 |
| Certified Fee | | $2.85 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.59 |

0249 8
07
Postmark Here
06/13/2011

CAVAIRY

Sent To
PORTFOLIO Services, LLC
Street, Apt No; or PO Box No. SUMMIT DRIVE #4A
City, State, ZIP+4
VALHALA, NY 10595

PS Form 3800, August 2006    See Reverse for Instructions

7011 0470 0003 4181 2638