**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | |
|---|---|
| RANDY FORTUNATO, | ) |
| | ) |
| Plaintiff, | ) |
| | )     2:11-cv-01231-PMP -VCF |
| v. | ) |
| | )     **O R D E R** |
| CAVALRY PORTFOLIO SERVICES*, et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the court is *pro se* plaintiff Randy Fortunato's Motion For Scheduling Conference (#7). No opposition or reply has been filed.

On July 29, 2011, plaintiff filed his complaint against Cavalry Portfolio Services, LLC and Robertino Gooding. (#1). Subsequently, on August 30, 2011, defendants filed their answer (#5). Thereafter, plaintiff filed the present motion seeking a scheduling conference. (#7). Following the filing of this motion, on October 14, 2011, the court received a Notice of Settlement of Entire Action signed by plaintiff and defense counsel. (#10). In the notice, the parties asserted that they would complete the settlement and file a stipulation of dismissal within 30 days from the date of the notice. *Id.* Therefore, the present motion (#7) is moot.

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiff Randy Fortunato's Motion For Scheduling Conference (#7) is DENIED as moot.

. . .

. . .

. . .

. . .

1      IT IS FURTHER ORDERED that the parties shall file a stipulation memorializing their

2 settlement and dismissing the case on or before November 14, 2011.

3      DATED this 21st day of October, 2011.

4

5                     _____

6                     **CAM FERENBACH**
                    **UNITED STATES MAGISTRATE JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26